IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MERLE HUBBARD                                                                                   PLAINTIFF

V.                                                                            CAUSE NO. 2:05CV2151 KS JMR

KEARSON LEVETT                                                                          DEFENDANT

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME BEFORE the Court this date the parties in the captioned cause, on Joint Motion Ore Tenus, and announced that said cause has been fully compromised and settled. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the captioned case be, and the same is hereby, dismissed with prejudice with each party to bear their own cost.

SO ORDERED AND ADJUDGED on this the 21st day of August, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE

PREPARED BY:

*s/Douglas Montague, III*
F. DOUGLAS MONTAGUE, III
MONTAGUE, PITTMAN & VARNADO
525 Main Street
P.O. Drawer 1975
Hattiesburg, MS 39403
Telephone No.: (601) 544-1234
Facsimile No.:  (601) 544-1280